UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF JOHN M. ZEGLEN )
ATTORNEY PA I.D. NO 34902 )
A MEMBER OF THE BAR OF THE ) **2:13-mc-190**
UNITED STATES DISTRICT COURT FOR )
THE WESTERN DISTRICT OF )
PENNSYLVANIA )

### ORDER OF COURT

AND NOW, to-wit, this __12th__ day of June 2017 the Court being advised that JOHN M. ZEGLEN, a Member of the Bar of this Court since March 30, 1983 is DISBARRED ON CONSENT, by the Supreme Court of Pennsylvania, and from the Bar of the Commonwealth of Pennsylvania; Pa.R.D.E. 215,

IT FURTHER APPEARING that a Rule to Show Cause was issued by this Court on May 9, 2017 affording ATTORNEY ZEGLEN the opportunity to show good cause why a similar Order should not be entered by this Court,

IT FURTHER APPEARING that the Rule to Show Cause was delivered by Certified Mail and no response being filed by the respondent,

IT IS THEREFORE ORDERED that JOHN M. ZEGLEN is hereby DISBARRED ON CONSENT from the practice of law in the United States District Court for the Western District of Pennsylvania, and he shall comply with all the provisions of Rule 217, Pa.R.D.E., and pending further Order of this Court.

The Clerk is directed to give notice of the entry of this Order to all parties of interest.

FOR THE COURT:

JOY FLOWERS CONTI
CHIEF JUDGE

CERTIFIED FROM THE RECORD
06/13/2017
ROBERT V. BARTH JR., CLERK
*Glenda Terrell*
Deputy Clerk